# UNITED STATES COURT OF APPEALS
# ELEVENTH CIRCUIT

APPLICATION FOR LEAVE TO FILE A SECOND OR
SUCCESSIVE HABEAS CORPUS PETITION
28 U.S.C. § 2244(b)
BY A PRISONER IN STATE CUSTODY

*(stamp: U.S. COURT OF APPEALS RECEIVED CLERK JAN 15 2019 ATLANTA, GA)*

*19- 10195+H*

Name **CORRINE C. BROWN**          Prisoner Number _____

Institution **FCI COLEMAN LOW** _____

Street Address **846 NE 54TH TERRACE** _____

City **WILDWOOD** _____    State **FL** _____    Zip Code **34785**

## INSTRUCTIONS–READ CAREFULLY

(1)  This application must be legibly handwritten or typewritten and signed by the applicant under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury.

(2)  All applicants seeking leave to file a second or successive petition should use this form. In capital cases, the use of this form is optional.

(3)  All questions must be answered concisely in the proper space on the form.

(4)  Additional pages are not permitted except with respect to identifying additional grounds for relief and facts on which you rely to support those grounds. To raise any additional claims, use the "Additional Claim" pages attached at the end of this application, which may be copied as necessary. DO NOT SUBMIT SEPARATE PETITIONS, MOTIONS, BRIEFS, ARGUMENTS, ETC., EXCEPT IN CAPITAL CASES.

(5)    In accordance with the "Antiterrorism and Effective Death Penalty Act of 1996," as codified at 28 U.S.C. § 2244(b), effective April 24, 1996, before leave to file a second or successive petition can be granted by the United States Court of Appeals, <u>it is the applicant's burden</u> to make a <u>prima facie</u> showing that satisfies the conditions in 28 U.S.C. § 2244(b), stated below.

> (b)(1) a claim presented in a second or successive habeas corpus application under [28 U.S.C.] section 2254 that was presented in a prior application shall be dismissed.
>
> (2) a claim presented in a second or successive habeas corpus application under [28 U.S.C.] section 2254 that was not presented in a prior application shall be dismissed unless—
>
>> (A) the applicant shows that the claim relies on a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously unavailable; or
>>
>> (B)(i) the factual predicate for the claim could not have been discovered previously through the exercise of due diligence; and
>>
>> (ii) the facts underlying the claim, if proven and viewed in light of the evidence as a whole, would be sufficient to establish by clear and convincing evidence that, but for constitutional error, no reasonable factfinder would have found the applicant guilty of the underlying offense.

(6)    When this application is fully completed, the original and three copies must be mailed to:

**Clerk of Court**
**United States Court of Appeals for the Eleventh Circuit**
**56 Forsyth Street, N.W.**
**Atlanta, Georgia  30303**

## APPLICATION

1.  (a)  Identify the court which entered the judgment of conviction being challenged:

    MIDDLE DISTRICT OF FLORIDA/UNITED STATES DISTRICT COURT

    300 NORTH HOGAN STREET, ROOM 9150 JACKSONVILLE, FL 32202

    (b)  Case number  3:16-CR-93-J-32JRK

2.  Date of judgment of conviction  08/16/2017

3.  Length of sentence  5 YEARS      Sentencing Judge  TIMOTHY J. CORRIGAN

4.  List all offenses for which you were convicted in the case identified above:

    18 U.S.C. § 1349, 18 U.S.C. § 1341 & 2, 18 U.S.C. § 1342 & 3, 18 U.S.C § 641 & 2,

    18 U.S.C. § 1001 (A)(1), 26 U.S.C. § 7212(A), AND 26 U.S.C. § 7206(1)

5.  Have you ever filed a post-conviction petition, application, or motion for collateral relief in any federal court related to this conviction and sentence?

    Yes ✓  No ☐  If "yes," how many times?  NA                    (if more than one, complete 6 and 7 below as necessary)

    (a) Name of court  UNITED STATES SUPREME COURT

    (b) Case number  3:09-CV-135-J-32MCR

    (c) Nature of proceeding  ARTICLE III OF THE CONSTITUTION

    (d) Grounds raised (list all grounds; use extra pages if necessary)  IN REPLY TO YOUR LETTER

    OR SUBMISSION, RECEIVED SEPTEMBER 6, 2017, I REGRET TO INFORM YOU THAT THE COURT

    IS UNABLE TO ASSIST YOU IN THE MATTER YOU PRESENTED. UNDER ARTICLE III OF THE

    CONSTITUTION, THE JURISDICTION OF THIS COURT EXTENDS ONLY TO THE CONSIDERATION

OF CASES OR CONTROVERSIES PROPERLY BROUGHT BEFORE IT FROM LOWER COURTS

IN ACCORDANCE WITH FEDERAL LAW AND FILED PURSUANT TO THE RULES OF THIS COURT.

YOUR PAPERS ARE HEREWITH RETURNED. THE RULES OF THIS COURT ARE ENCLOSED

(e) Did you receive an evidentiary hearing on your petition, application, or motion?

Yes ☐  No ☑

(f) Result ORDERED TO DISMISS

(g) Date of result 12/13/2018

6.   As to any second federal petition, application, or motion, give the same information:

(a) Name of court UNITED STATES DISTRICT COURT

(b) Case number 3:18-cv-01383-MMH-MCR

(c) Nature of proceeding PETITION FOR A WRIT OF HABEAS CORPUS

(d) Grounds raised (list <u>all</u> grounds; use extra pages if necessary) HOZAE LAMAR MILTON,

Petitioner, v. PETER FRANCHOT, et al., Respondents. Case No. 3:18-cv-1383-J-34MCR ORDER

A petition for Writ of Habeas Corpus (Petition; Doc. 1), identifying Corrine Brown

as the Petitioner, was filed on November 19, 2018. Ms. Brown did not sign the Petition.

Instead, Hozae Lamar Milton, a non-lawyer, has signed this Petition. As a non-lawyer,

Mr. Milton does not have standing to represent Brown or any other party before this Court.

See Local Rule 2.01. To the extent the Petition can be read as being brought by Milton,

the Court finds that it plainly appears from the face of the Petition that Milton is not entitled

to relief. See Rule 4, Rules Governing Section 2254 Cases in the United States District

Courts ("If it plainly appears from the petition and any attached exhibits that the petitioner

is not entitled to relief in the district court, the judge must dismiss the petition and direct

the clerk to notify the petitioner.") (emphasis added). Upon review of the Petition, Milton

has not alleged he is being confined as a prisoner in state custody and the Petition is

devoid of any factual or legal support. See Petition at 1-14. For these reasons, the Petition

is due to be dismissed. See id. Accordingly, it is now ORDERED AND ADJUDGED:

1. This case is DISMISSED without prejudice. 2. The Clerk of the Court shall enter

 judgment dismissing this case without prejudice and the Court is directed to close

this case and terminate any pending motions. DONE AND ORDERED at Jacksonville,

Florida, this 13th of December, 2018. MARCIA MORALES HOWARD UNITED STATES DISTRICT

JUDGE Jax-8 C: Hozae Milton Case 3:18-cv-01383-MMH-MCR Document 3 Filed 12/13/18 Page 2 of 2 Page ID 25

(e) Did you receive an evidentiary hearing on your petition, application, or motion?

Yes [ ]  No [✓]

(f) Result HOZAE LAMAR MILTON, Petitioner, v. PETER FRANCHOT, et al.,

Respondents. Case No: 3:18-cv-1383-J-34MCR JUDGMENT IN A CIVIL CASE

(g) Date of result 12/14/2018

7.    As to any third federal petition, application, or motion, give the same information:

(a) Name of court UNITED STATES DISTRICT COURT

(b) Case number 3:18-cv-1383-J-34MCR

(c) Nature of proceeding JUDGMENT IN A CIVIL CASE

(d) Grounds raised (list all grounds; use extra pages if necessary) JUDGMENT IN A CIVIL CASE Decision by Court. This action came before the Court and a decision has been rendered. IT IS ORDERED AND ADJUDGED that pursuant to this Court's Order, entered December 13, 2018, this case is hereby DISMISSED without prejudice. Any motions seeking an award of attorney's fees and/or costs must be filed within 14 days of the entry of judgment. Date: December 14, 2018 ELIZABETH M. WARREN, CLERK s/B. Davis Deputy Deputy Clerk Copy to: Hozae Milton Case 3:18-cv-01383-MMH-MCR Document 4 Filed 12/14/18 Page 1 of 2 Page ID 26 CIVIL APPEALS JURISDICTION CHECKLIST Case 3:18-cv-01383-MMH-MCR Document 4 Filed 12/14/18 Page 2 of 2 Page ID 27

(e) Did you receive an evidentiary hearing on your motion?    Yes ☐    No ☑

(f) Result ON PETITION FOR A WRIT OF CERTIORARI TO UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

(g) Date of result DECEMBER 22, 2018

8.    Did you appeal the result of any action taken on your federal petition, application, or motion? (Use extra pages to reflect additional motions if necessary)

   (1) First petition, etc.        No ☐  Yes ☑ Appeal No. 3:16-CR-93-J-32JRK

   (2) Second petition etc.        No ☐  Yes ☑ Appeal No. 3:18-cv-01383-MMH-MCR

   (3) Third petition, etc.        No ☐  Yes ☑ Appeal No. 3:18-cv-01383-MMH-MCR

9.    If you did <u>not</u> appeal from the adverse action on any petition, application, or motion, explain briefly why you did not:

   INEFFECTIVE ASSISTANCE OF COUNSEL

   _____

   _____

   _____

   _____

10.   State <u>concisely</u> every ground on which you <u>now</u> claim that you are being held unlawfully. Summarize <u>briefly</u> the <u>facts</u> supporting each ground.

   A.    Ground  one: DUPLICITY AND MULTIPLICITY

   _____

   _____

   _____

   Supporting FACTS (tell your story briefly without citing cases or law):

   JURISDICTION, VENUE, COGNIZABLE ISSUE[S], AND

   RULE 8(b) JOINDER OF DEFENDANTS

   _____

   _____

   _____

   _____

   _____

   _____

   _____

Was this claim raised in a prior federal petition, motion, or application for leave to file a second or successive habeas petition?    Yes ✓ No ☐

Does this claim rely on a "new rule of constitutional law"?    Yes ✓    No ☐

If "yes," state the new rule of constitutional law (give case name and citation):

IN AN ACTION FOR UNLAWFUL DETAINER, THE FEE FOR SERVICE OF A SUMMONS, COMPLAINT, AND PREJUDGMENT CLAIM OF RIGHT TO POSSESSION, PURSUANT TO SECTION 415.46 OF CODE OF CIVIL PROCEDURE SHALL BE THE AMOUNT DESCRIBED IN SECTION 26720.9 FOR ALL OCCUPANTS NOT NAMED IN THE SUMMONS. THE FEE IS NOT REFUNDABLE.

Does this claim rely on newly discovered evidence?    Yes ✓   No ☐

If "yes," briefly state the newly discovered evidence, why it was not previously available to you through the exercise of due diligence, and how it establishes by clear and convincing evidence that, but for constitutional error, no reasonable factfinder would have found you guilty of the offense.

RIGHTS TO PROCEDURAL DUE PROCESS, AND ERRONEOUS

STATE ISSUES.

B.    Ground two: INEFFECTIVE ASSISTANCE OF COUNSEL WHEN DISPOSITIONS
WERE DISMISSED.

Supporting FACTS (tell your story briefly without citing cases or law):
MULTIPLE CHARGES AND PUNISHMENTS IN SINGLE PROSECUTION.

_____

_____

_____

_____

_____

_____

Was this claim raised in a prior federal petition, motion, or application for leave to file a second or successive habeas petition?    Yes ☐  No ☑

Does this claim rely on a "new rule of constitutional law"?    Yes ☐   No ☑

If "yes," state the new rule of constitutional law (give case name and citation):

NA

_____

_____

_____

_____

_____

_____

_____

Does this claim rely on newly discovered evidence?    Yes ☑   No ☐

If "yes," briefly state the newly discovered evidence, why it was not previously available to you through the exercise of due diligence, and how it establishes by clear and convincing evidence that, but for constitutional error, no reasonable factfinder would have found you guilty of the offense.

26 U.S. CODE § 7609 - SPECIAL PROCEDURES FOR THIRD-PARTY SUMMONSES.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

C.    Ground three: JURISIDICTION, VENUE, AND COGNIZABLE ISSUES.

_____

_____

_____

Supporting FACTS (tell your story briefly without citing cases or law):
AMENDMENTS, AND VARIANCES.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Was this claim raised in a prior federal petition, motion, or application for leave to file a second or successive habeas petition?    Yes ☐    No ☑

Does this claim rely on a "new rule of constitutional law"?    Yes ☐    No ☑

If "yes," state the new rule of constitutional law (give case name and citation):
NA
_____

_____
_____
_____
_____
_____
_____
_____

Does this claim rely on newly discovered evidence?    Yes ☐    No ☑

If "yes," briefly state the newly discovered evidence, why it was not previously available to you through the exercise of due diligence, and how it establishes by clear and convincing evidence that, but for constitutional error, no reasonable factfinder would have found you guilty of the offense.

NA
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

_____
_____
_____
_____
_____

☑CHECK HERE IF ADDITIONAL CLAIM PAGES ARE ATTACHED.

11.    Do you have any motion, petition, application, or appeal now pending in any court as to the judgment now being challenged?    Yes ☑  No ☐

If "yes," name of court U.S. DISTRICT COURT  Case number 3:18-cv-1383-J-34MCR

        Wherefore, applicant prays that the United States Court of Appeals for the Eleventh Circuit grant an Order Authorizing the District Court to Consider Applicant's Second or Successive Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254.

_____
                                    Applicant's Signature

I declare under Penalty of Perjury that my answers to all the questions in this Application are true and correct.

Executed on ___JANUARY 12, 2019___
            [date]

_____
                                    Applicant's Signature

28 U.S.C. § 2244(b) Application          Page 15          Revised: 12/18

**PROOF OF SERVICE**

Applicant must send a copy of this application and all attachments to the attorney general of the state in which applicant was convicted.

I certify that on _____ JANUARY 12, 2019 _____ , I mailed a copy of this Application* and

[date]

all attachments to UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

at the following address:
56 FORSYTH STREET, N.W. ATLANTA, GEORGIA 30303

_____
Applicant's Signature

---

* Pursuant to Fed. R. App. P. 25(a)(2)(A)(iii), "If an institution has a system designed for legal mail, an inmate confined there must use that system to receive the benefit of this Rule 25(a)(2)(A)(iii). A paper not filed electronically by an inmate is timely if it is deposited in the institution's internal mail system on or before the last day for filing and:
•      it is accompanied by: a declaration in compliance with 28 U.S.C. § 1746—or a notarized statement—setting out the date of deposit and stating that first-class postage is being prepaid; or evidence (such as a postmark or date stamp) showing that the paper was so deposited and that postage was prepaid; or
•      the court of appeals exercises its discretion to permit the later filing of a declaration or notarized statement that satisfies Rule 25(a)(2)(A)(iii)."

*28 U.S.C. § 2244(b) Application*            **Page 16**            *Revised: 12/18*

## ADDITIONAL CLAIM

Ground <u>1</u> :

3:05-CR-339(S3)-J-33TEM
_____

APPEAL
_____
_____

Supporting FACTS (tell your story briefly without citing cases or law):

11 U.S. CODE § 302 JOINT CASES, (A) A JOINT CASE UNDER A

CHAPTER OF THIS TITLE IS COMMENCED BY THE FILING WITH THE BANKRUPTCY

COURT OF A SINGLE PETITION UNDER SUCH CHAPTER BY AN INDIVIDUAL THAT

MAY BE A DEBTOR UNDER SUCH CHAPTER AND SUCH INDIVIDUAL'S SPOUSE. THE

COMMENCEMENT OF A JOINT CASE UNDER A CHAPTER OF THIS TITLE

CONSTITUTES AN ORDER FOR RELIEF UNDER SUCH CHAPTER. (B) AFTER THE

COMMENCEMENT OF A JOINT CASE, THE COURT SHALL DETERMINE THE EXTENT,

IF ANY, TO WHICH THE DEBTORS' ESTATES SHALL BE CONSOLIDATED.

(PUB. L. 95–598, NOV. 6, 1978, 92 STAT. 2558.)
_____
_____
_____
_____
_____
_____
_____
_____

Was this claim raised in a prior federal petition, motion, or application for leave to file a second or successive habeas petition?    Yes [✓] No [ ]

Does this claim rely on a "new rule of constitutional law"?    Yes [✓]    No [ ]

If "yes," state the new rule of constitutional law (give case name and citation):

PATRICK FITZGERALD PORTER V. STATE, S893.135(1)(B)1, S790.23(1)(A),

AND S893.13(6)(B)
_____

*28 U.S.C. § 2244(b) Application*  **(Continue to Page 2 to complete this claim)**

_____

_____

_____

_____

_____

_____

_____

Does this claim rely on newly discovered evidence?    Yes ☑    No ☐

If "yes," briefly state the newly discovered evidence, why it was not previously available to you through the exercise of due diligence, and how it establishes by clear and convincing evidence that, but for constitutional error, no reasonable factfinder would have found you guilty of the offense.

## DISPOSITIONS

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____